**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN RE:**
**JOSEPH GENE ECHOLS** | **CASE NO: 10-78533-MBM**
**CHAPTER: 13**
**JUDGE: MCIVOR**

**Plaintiff(s) /**

**JOSEPH GENE ECHOLS**
**Plaintiff(s),**
**v.** | **Adv Proc. No.**

**Green Tree Servicing, LLC**

**Defendant. /**

**COMPLAINT TO AVOID SECURITY INTEREST IN REAL PROPERTY**

**NOW COME** Plaintiff(s), by and through their attorneys, BOC Law Group, PC, and states the following complaint:

1. Plaintiffs bring(s) this complaint pursuant to 11 U.S.C. § 506(d), and submit(s) himself/herself/themselves to jurisdiction of this Court through Fed. R. Bankr. P. § 7001 and § 7004.

2. Debtor(s) filed a Voluntary Chapter 13 with this court on or about December 29, 2010.

3. That the Debtor holds two separate mortgages on their principal residence located at 28990 San Carlos, Southfield, MI 48076. Legal Description: Lot 530 Beverly Woods Subdivision No. 5 as recorded in Liber 105, Pages 26 and 27 of Plats, Oakland County Records (Parcel ID 24-15-127-001).

4. That the first mortgage is held by Chase Bank, NA, which the principal amount owed is $105,784.87; recorded on October 22, 2002.

5. The second mortgage is held by Green Tree Servicing, LLC, in the amount of $38,455.76.

6. The property has a value of approximately $72,000.00, according to Debtor(s) Schedules, State Equalized Value and market analysis or appraisal of Debtor(s) home and of the homes in the near area.

7. That Defendant'(s ) junior lien is wholly unsecured because no equity exists from the value to debt ratio of the senior lien(s) and value of the subject property.

8. The subject property would have to be worth in excess of $104,784.87 for Defendant(s) to have any security interest.

9. The Debtor(s) is/are entitled to avoid the claimed security interest of 38,455.76 in the Debtor'(s) property under the provisions of 11 U.S.C. §506(d), as this Defendant'(s) lien is not an "allowed secured claim" as defined by the Code and applicable case law.

10. Therefore, Defendant(s) does/do not have [a] valid lien(s) or security interest in Debtors' subject property and is, instead, a General Unsecured Creditor whose claim(s) will be paid as [a] Class 8 creditor pursuant to Debtor'(s) Chapter 13 Plan of reorganization.

11. The interests of good faith and justice support the requested relief.

**WHEREFORE,** Debtor(s) pray(s) this Honorable Court grant Debtor(s)' requested relief to Avoid Security Interest and Lien in the above referenced Property, or for such other relief as this Court deems equitable and just.

**Respectfully submitted,**

**Dated: February 7, 2011**

**/S/ William R. Orlow**
**William R. Orlow (P41634)**
**Attorney For Debtor(s)**
**24100 Woodward Avenue**
**Pleasant Ridge, Michigan 48069**
**Phone: 248-584-2100**
**Email: wro_ecf@comcast.net**